FILED
CLERK, U.S. DISTRICT COURT

APR 15 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>Michael David Bernstein,<br><br>PLAINTIFF<br>DEFENDANT(S). | CASE NUMBER<br><br>2:16- CR-00167-JFW<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___4/21/16___, _____, at ___9:00___ ☒ a.m. / ☐ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20, 312 N. Spring St, LA. CA 90012___

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: ___4/15/16___

_____
U.S. District Judge/Magistrate Judge